

# IN THE
# TENTH COURT OF APPEALS

## No. 10-22-00237-CR

**FELICIA NICOLE JACKSON,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 19th District Court
McLennan County, Texas
Trial Court No. 2020-849-C1**

## MEMORANDUM OPINION

Appellant Felicia Nicole Jackson has filed a motion to dismiss this appeal. TEX. R. APP. P. 42.2(a). We have not issued a decision in this appeal. Jackson and her counsel have signed the motion. The motion is therefore granted, and this appeal is dismissed.

MATT JOHNSON
Justice

Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
Appeal dismissed
Opinion delivered and filed August 3, 2022
Do not publish
[CR25]

